No. 190. REBECCA LOTH ET AL., PLAINTIFFS IN ERROR,
*v.* THE CITY OF ST. LOUIS ET AL.   In error to the Supreme

Court of the State of Missouri. January 20, 1916. Dismissed with costs on motion of *Mr. David Goldsmith* for the plaintiffs in error. *Mr. David Goldsmith* for the plaintiffs in error. *Mr. Truman P. Young* for the defendants in error.